Walter S. Auerbach et al., Plaintiffs, v. Biltmore Theatre Co. et al., Appellees. Anna A. Goodman, Appellant.

Gen. No. 40,929.

250

Heard in second division, first district, this court at October term, 1939; opinion filed July 1, 1941. Schwartz & Cooper, for appellant; Edward A. Cooper and Max C. Liss, of counsel; Slottow & Leviton, for appellees; Charles Leviton and Harold P. Shane, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."